JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON CHE LEE, | ) | NO. CV 19-5503-DMG (KS) |
|       Plaintiff, | ) | |
|   v. | ) | |
| | ) | ORDER AND JUDGMENT OF DISMISSAL |
| UNKNOWN, et al, | ) | |
|       Defendants. | ) | |

On June 24, 2019, Plaintiff, a federal prisoner proceeding *pro se*, filed a "criminal complaint." (Dkt. No. 1.) The complaint does not identify the relief Plaintiff seeks or the laws or constitutional provisions that Plaintiff believes have been violated. (*See generally id.*) Plaintiff states that he is suing the Warden at the Federal Correctional Institute – Terminal Island ("FCI-TI") and "Trust Fund, Administrator of the Kitchen, Staff Montoya, Kitchen Staff Williamson, Staff Paige, all of the kitchen staff, female staff, Staff Williams, Metz, Kitchen Staff Johnson, and all of the staff who included in the complaint." (*Id.*) (errors and redundancies in original). The vast majority of the allegations contained in the six-page Complaint concern fellow inmates either poisoning Plaintiff's food or "fumbl[ing] [their] penis[es]" in front of him as well as automated phone messages that Plaintiff received when he tried to call relatives. (*Id.*)

The Complaint does not identify the relief Plaintiff seeks from the Court or the laws or constitutional provisions he believes have been violated. It is also unclear from the Complaint whom Plaintiff is suing, the number of claims he is asserting, and the factual and legal basis for those claims, the Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. As such, the complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

Also on June 24, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) On July 8, 2019, after more than two weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than July 29, 2019, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 4.)

\\
\\
\\
\\
\\
\\
\\
\\
\\

|  |  |
|---|---|
| 1 | More than 30 days have now passed since the Court issued its June 24, 2019 notification, and more than two weeks have passed since Plaintiff's July 29, 2019 deadline for paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*.[1] In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED. |

DATED: August 20, 2019

                                      */s/ Dolly M. Gee*
                                       DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Karen L. Stevenson*
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

---

[1] This is Plaintiff's fourth lawsuit involving the same set of allegations that he has filed in this Court in the past year. *See Brandon Che Lee v. Unknown*, No. 2:18-cv-09828-DMG-KS (Mar. 5, 2019); *Brandon Che Lee v. Warden et al*, No. 2:19-cv-02811-DMG-KS (Jun. 17, 2019); *Brandon Che Lee v. Warden et al*, No. 2:19-cv-04865-DMG-KS. In all of these prior cases, Plaintiff did not pay the filing fee or request to proceed *in forma pauperis*. Two of these prior cases have been dismissed, and the Court has issued an Order to Show Cause re: Dismissal in the third. Plaintiff has a fifth lawsuit pending. *See Brandon Che Lee v. FCI TI Warden et al*, No. 2:19-cv-06117-DMG-KS.